1  DAVID N. MAKOUS, SB# 082409
     E-Mail: makous@lbbslaw.com
2  JOSHUA S. HODAS, SB# 250802
     E-Mail: jhodas@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California  90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Vizio, Inc., a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California corporation, and VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VIZIO, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV11-0077 PJH<br><br>Honorable Judge Phyllis J. Hamilton<br><br>**JOINT STIPULATED REQUEST FOR AN ORDER EXTENDING TIME FOR VIZIO, INC. TO FILE PLEADING RESPONSIVE TO THE FIRST AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER; DECLARATION OF JOSHUA S. HODAS**<br><br>NO TRIAL DATE SET |

Whereas, the deadline for Defendant California corporation Vizio, Inc. ("Vizio")  to file its pleading responsive to the First Amended Complaint is April 29, 2011, and a Case Management Conference is presently set for June 23, 2011, and

Whereas, an action parallel to this one is currently pending in the U.S. District Court for the Central District of California, and Plaintiffs in this case have filed a Motion to Dismiss, Stay or Transfer that action, and the hearing on that Motion is scheduled for May 9, 2011 in the Central District,  and

1   Whereas, the Central District Court's ruling on that Motion will likely impact the
2   Parties' course of action here, and
3   Whereas prior to this Court's rescheduling of the Case Management Conference to June
4   23, 2011, Plaintiffs' counsel had scheduled travel out of state for that week,
5   Now, therefore, the Parties stipulate, agree and respectfully request that the Court order
6   that:
7       1)   The deadline for Defendant Vizio to file its pleading responsive to the
8            First Amended Complaint should be extended to May 18, 2011, and
9
10      2)   Should Vizio choose to file a Motion to Dismiss this action, it shall
11           notice the hearing on such Motion for no earlier than June 29, 2011 in
12           order to accommodate Plaintiffs' counsel's travel schedule, and
13
14      3)   The Case Management Conference shall, therefore, be reset to take
15           place on June 30, 2011, or such other date that the Court should
16           choose for its convenience.

17  DATED: April 28, 2011          Respectfully submitted,

18                                 DAVID N. MAKOUS
                                   JOSHUA S. HODAS
19                                 LEWIS BRISBOIS BISGAARD & SMITH LLP

20                                 By:   /s/ Joshua S. Hodas
21                                       Joshua S. Hodas
                                         Attorneys for VIZIO, INC., a Delaware Corporation

22  DATED: April 28, 2011          J. DAVID HADDEN
                                   JEDEDIAH WAKEFILED
23                                 TYLER G. NEWBY
                                   SEBASTIAN KAPLAN
24                                 FENWICK & WEST LLP

25
                                   By:   /s/ Jedediah Wakefiekd (by permission)
26                                       Jedediah Wakefield
                                         Attorneys for Plaintiffs VIA TECHNOLOGIES, INC.
27                                       (Taiwan) and VIA TECHNOLOGIES, INC. (California)

28



4839-4427-4185.2                          2                       CV11-0077 PJH
                                                    JOINT STIPULATION EXTENDING DATES

1                                        **[Proposed] ORDER**

2              **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

(Proposed is struck through.)

Dated: __5/2/11_____

_____
Honorable Phyllis J. Hamilton
United States District Court Judge
Northern District of California

*Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" with signature of Judge Phyllis J. Hamilton*

**DECLARATION OF JOSHUA S. HODAS, ESQ.**

I, Joshua S. Hodas, declare as follows:

1. I am an attorney duly admitted to practice before this Court and all of the courts of the State of California and attorney in the law firm Lewis Brisbois Bisgaard & Smith LLP, counsel of record herein for Defendant California corporation Vizio, Inc. ("Vizio").

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

3. I make this Declaration in compliance with Local Rule 6-2 in support of the Parties' Joint Stipulated Request for an Order Extending Time for Vizio, Inc. to File Pleading Responsive to the First Amended Complaint and Continuing Case Management Conference.

4. As set forth in the stipulation, the deadline for Vizio to file its pleading responsive to the First Amended Complaint is April 29, 2011, and a Case Management Conference is presently set for June 23, 2011. An action parallel to this one is currently pending in the U.S. District Court for the Central District of California, and Plaintiffs in this case have filed a Motion to Dismiss, Stay or Transfer that action. The hearing on that Motion is scheduled for May 9, 2011 in the Central District. The Central District Court's ruling on that Motion will likely impact the Parties' course of action here.

5. Therefore, the Parties have agreed that, in order to avoid possibly unnecessary motion practice in this action, it would be sensible to defer Vizio's responsive pleading until a ruling is made by that court, which is expected to happen soon after the hearing scheduled on May 9, 2011.

6. The Parties, therefore, have agreed to extend the deadline for Vizio's responsive pleading until May 18, 2011 with a hearing on any Motion to Dismiss no earlier than June 29, 2011 to accommodate Plaintiffs' counsel's travel schedule, which counsel advises had been set prior to this Court's rescheduling of the Case Management Conference to June 23, 2011.

7. While the Parties could stipulate to that change without court order, setting a hearing on any motion to dismiss for June 29, 2011 would make it inefficient to hold a Case Management Conference as currently scheduled the week before on June 23, 2011.

8. The Parties, therefore, request an Order of the Court modifying the Case Management Conference date.

9. The only previous modification of time in this case has been the Court's own prior continuance of the Case Management Conference from April 21, 2011 to June 23, 2011 after the filing of the First Amended Complaint.

10. Because this case is still in its very earliest stages, with no dates set other than the Case Management Conference, the requested modification of the schedule is expected to have no effect on the overall schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 28, 2011, at Los Angeles, California.

                                          /s/ Joshua S. Hodas    .
                                              Joshua S. Hodas, Esq.