DAVID N. MAKOUS, SB# 082409
  E-Mail: makous@lbbslaw.com
JOSHUA S. HODAS, SB# 250802
  E-Mail: jhodas@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Vizio, Inc., a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California corporation, and VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VIZIO, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV11-0077 PJH<br><br>Honorable Judge Phyllis J. Hamilton<br><br>**JOINT STIPULATED REQUEST FOR AN ORDER EXTENDING DATE FOR COMPLETION OF MEDIATION; [P~~ROPOSED~~] ORDER**<br><br><br>Complaint Filed: January 7, 2011<br><br>Trial Date:  October 29, 2012 |

Whereas, the Court referred this case for court mediation on July 5, 2011 and subsequently, on joint stipulated motion of the parties, referred it to private mediation on July 11, 2011; and

Whereas, Local Rule ADR 37 requires that mediation be held within 90 days of referral to a mediator; and

1  Whereas the parties held a private mediation before Hon. Daniel Weinstein (ret.) of
2  JAMS on September 28, 2011; and
3  Whereas, at that mediation an agreement in principal was achieved on the terms of
4  settlement of this case, several draft settlement agreements have since been circulated among
5  the parties, and the parties believe that a final settlement will be achieved soon;
6  The parties hereby respectfully request that any deadline to complete mediation be
7  extended until November 15, 2011 in order to allow time for a final agreement to be
8  completed.

DATED: October 19, 2011          Respectfully submitted,

                                 DAVID N. MAKOUS
                                 JOSHUA S. HODAS
                                 LEWIS BRISBOIS BISGAARD & SMITH LLP

                                 By:   /s/ Joshua S. Hodas
                                     Joshua S. Hodas
                                     Attorneys for VIZIO, INC., a Delaware Corporation

DATED: October 19, 2011          J. DAVID HADDEN
                                 JEDEDIAH WAKEFILED
                                 TYLER G. NEWBY
                                 SEBASTIAN KAPLAN
                                 FENWICK & WEST LLP

                                 By:   /s/ Jedediah Wakefiekd (by permission)
                                     Jedediah Wakefield
                                     Attorneys for Plaintiffs VIA TECHNOLOGIES, INC.
                                     (Taiwan) and VIA TECHNOLOGIES, INC. (California)

**[~~Proposed~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/25/11                  _____
                                 Honorable Phyllis J. Hamilton
                                 United States District Court Judge
                                 Northern District of California

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I, Joshua S. Hodas, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of October, 2011 at Los Angeles, California.

By:   /s/ Joshua S. Hodas

Joshua S. Hodas