DAVID N. MAKOUS, SB# 082409
  E-Mail: makous@lbbslaw.com
JOSHUA S. HODAS, SB# 250802
  E-Mail: jhodas@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Vizio, Inc., a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California corporation, and VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>VIZIO, INC., a Delaware corporation,<br><br>            Defendant. | CASE NO. CV11-0077 PJH<br><br>Honorable Judge Phyllis J. Hamilton<br><br>**JOINT STIPULATED REQUEST FOR AN ORDER EXTENDING DATE FOR COMPLETION OF MEDIATION; [P~~ROPOSED~~] ORDER**<br><br><br>Complaint Filed: January 7, 2011<br><br>Trial Date:  October 29, 2012 |

   Whereas, the Court referred this case for court mediation on July 5, 2011 and subsequently, on joint stipulated motion of the parties, referred it to private mediation on July 11, 2011; and

   Whereas, Local Rule ADR 37 requires that mediation be held within 90 days of referral to a mediator; and

Whereas the parties held a private mediation before Hon. Daniel Weinstein (ret.) of JAMS on September 28, 2011; and

Whereas, at that mediation an agreement in principal was achieved on the terms of settlement of this case, several draft settlement agreements have since been circulated among the parties, and the parties believe that a final settlement will be achieved soon;

The parties hereby respectfully request that any deadline to complete mediation be extended until November 15, 2011 in order to allow time for a final agreement to be completed.

DATED: October 19, 2011        Respectfully submitted,

DAVID N. MAKOUS
JOSHUA S. HODAS
LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ Joshua S. Hodas
  Joshua S. Hodas
  Attorneys for VIZIO, INC., a Delaware Corporation

DATED: October 19, 2011        J. DAVID HADDEN
JEDEDIAH WAKEFILED
TYLER G. NEWBY
SEBASTIAN KAPLAN
FENWICK & WEST LLP

By:  /s/ Jedediah Wakefiekd (by permission)
  Jedediah Wakefield
  Attorneys for Plaintiffs VIA TECHNOLOGIES, INC. (Taiwan) and VIA TECHNOLOGIES, INC. (California)

## [~~Proposed~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/25/11

_____
Honorable Phyllis J. Hamilton
United States District Court Judge
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

4830-6398-6956.1                                2                                CV11-0077 PJH
JOINT STIPULATION EXTENDING DATE FOR COMPLETION OF MEDIATION

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I, Joshua S. Hodas, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of October, 2011 at Los Angeles, California.

By:   /s/ Joshua S. Hodas
Joshua S. Hodas

