DAVID N. MAKOUS, SB# 082409
   E-Mail: makous@lbbslaw.com
JOSHUA S. HODAS, SB# 250802
   E-Mail: jhodas@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Vizio, Inc., a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California corporation, and VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VIZIO, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV11-0077 PJH<br><br>Honorable Judge Phyllis J. Hamilton<br><br>**JOINT STIPULATED REQUEST FOR AN ORDER FURTHER EXTENDING DATE FOR COMPLETION OF MEDIATION; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: January 7, 2011<br><br>Trial Date: October 29, 2012 |

    Whereas, the Court referred this case for court mediation on July 5, 2011 and subsequently, on joint stipulated motion of the parties, referred it to private mediation on July 11, 2011; and

    Whereas, Local Rule ADR 37 requires that mediation be held within 90 days of referral to a mediator; and

    Whereas the parties held a private mediation before Hon. Daniel Weinstein (ret.) of JAMS on September 28, 2011; and

1  Whereas the parties previously stipulated to, and the Court ordered, an extension of the
2  deadline to complete mediation until November 15, 201; and
3  Whereas, at that mediation an agreement in principal was achieved on the terms of
4  settlement of this case, and since then the parties have diligently pursued settlement, with
5  several draft settlement agreements having since been circulated among the parties; and
6  Whereas, the parties believe that a final settlement will be achieved soon;
7  The parties hereby respectfully request that any deadline to complete mediation be
8  further extended until December 15, 2011 in order to allow time for a final agreement to be
9  completed.

10 DATED: November 15, 2011    Respectfully submitted,

11                              DAVID N. MAKOUS
                                JOSHUA S. HODAS
12                              LEWIS BRISBOIS BISGAARD & SMITH LLP

13                              By:  /s/ Joshua S. Hodas
14                                   Joshua S. Hodas
                                     Attorneys for VIZIO, INC., a Delaware Corporation

15 DATED: November 15, 2011    J. DAVID HADDEN
                                JEDEDIAH WAKEFILED
16                              TYLER G. NEWBY
17                              SEBASTIAN KAPLAN
                                FENWICK & WEST LLP
18
                                By:  /s/ Jedediah Wakefiekd (by permission)
19                                   Jedediah Wakefield
                                     Attorneys for Plaintiffs VIA TECHNOLOGIES, INC.
20                                   (Taiwan) and VIA TECHNOLOGIES, INC. (California)

21
                              **[Proposed] ORDER**
22
          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
23

24
25 Dated: November 16, 2011

26                              Hon. Phyllis J. Hamilton
                                United States District Court Judge
27                              Northern District of California
28



4851-1510-9646.1                    2                              CV11-0077 PJH
JOINT STIPULATION FURTHER EXTENDING DATE FOR COMPLETION OF MEDIATION

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I, Joshua S. Hodas, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of November, 2011 at Los Angeles, California.

By:   /s/ Joshua S. Hodas
Joshua S. Hodas

