DAVID N. MAKOUS, SB# 082409
  E-Mail: makous@lbbslaw.com
JOSHUA S. HODAS, SB# 250802
  E-Mail: jhodas@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Vizio, Inc., a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California corporation, and VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VIZIO, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV11-0077 PJH<br><br>Honorable Judge Phyllis J. Hamilton<br><br>**SECOND JOINT STIPULATED REQUEST FOR AN ORDER FURTHER EXTENDING DATE FOR COMPLETION OF MEDIATION; [PROPOSED] ORDER**<br><br>Complaint Filed: January 7, 2011<br><br>Trial Date: October 29, 2012 |

Whereas, the Court referred this case for court mediation on July 5, 2011 and subsequently, on joint stipulated motion of the parties, referred it to private mediation on July 11, 2011; and

Whereas, Local Rule ADR 37 requires that mediation be held within 90 days of referral to a mediator; and

Whereas the parties held a private mediation before Hon. Daniel Weinstein (ret.) of JAMS on September 28, 2011; and

1    Whereas the parties previously stipulated to, and the Court ordered, extensions of the
2 deadline to complete mediation until December 15, 201; and
3    Whereas, at that mediation an agreement in principal was achieved on the terms of
4 settlement of this case, and since then the parties have diligently pursued settlement, with
5 several draft settlement agreements having since been circulated among the parties; and
6    Whereas, the parties believe that a final settlement will be achieved soon;
7    The parties hereby respectfully request that any deadline to complete mediation be
8 further extended until January 15, 2011 in order to allow time for a final agreement to be
9 completed.

10 DATED: December 15, 2011        Respectfully submitted,

11                                 DAVID N. MAKOUS
                                   JOSHUA S. HODAS
12                                 LEWIS BRISBOIS BISGAARD & SMITH LLP

13                                 By:   /s/ Joshua S. Hodas
14                                       Joshua S. Hodas
                                         Attorneys for VIZIO, INC., a Delaware Corporation

15 DATED: December 15, 2011        J. DAVID HADDEN
                                   JEDEDIAH WAKEFILED
16                                 TYLER G. NEWBY
                                   SEBASTIAN KAPLAN
17                                 FENWICK & WEST LLP

18
                                   By:   /s/ Jedediah Wakefiekd (by permission)
19                                       Jedediah Wakefield
                                         Attorneys for Plaintiffs VIA TECHNOLOGIES, INC.
20                                       (Taiwan) and VIA TECHNOLOGIES, INC. (California)

21
22                        [~~Proposed~~] ORDER

         PURSUANT TO STIPULATION, IT IS SO ORDERED.
23
24
         12/16/11
25 Dated: _____
                                         _____
26                                       Honorable Phyllis J. Hamilton
                                         United States District Judge
27                                       Northern District of California
28

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I, Joshua S. Hodas, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of December, 2011 at Los Angeles, California.

By:   /s/ Joshua S. Hodas

Joshua S. Hodas

