| | |
|---|---|
| 1 | DAVID N. MAKOUS, SB# 082409 |
| | E-Mail: makous@lbbslaw.com |
| 2 | JOSHUA S. HODAS, SB# 250802 |
| | E-Mail: jhodas@lbbslaw.com |
| 3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | 221 North Figueroa Street, Suite 1200 |
| 4 | Los Angeles, California 90012 |
| | Telephone: 213.250.1800 |
| 5 | Facsimile: 213.250.7900 |
| 6 | Attorneys for Vizio, Inc., a California Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a California corporation, and VIA TECHNOLOGIES, INC., a Taiwan corporation, | CASE NO. CV11-0077 PJH |
| | Honorable Judge Phyllis J. Hamilton |
| Plaintiffs, | |
| v. | **THIRD JOINT STIPULATED REQUEST FOR AN ORDER FURTHER EXTENDING DATE FOR COMPLETION OF MEDIATION; [PROPOSED] ORDER** |
| VIZIO, INC., a Delaware corporation, | |
| Defendant. | |
| | Complaint Filed: January 7, 2011 |
| | Trial Date: October 29, 2012 |

Whereas, the Court referred this case for court mediation on July 5, 2011 and subsequently, on joint stipulated motion of the parties, referred it to private mediation on July 11, 2011; and

Whereas, Local Rule ADR 37 requires that mediation be held within 90 days of referral to a mediator; and

Whereas the parties held a private mediation before Hon. Daniel Weinstein (ret.) of JAMS on September 28, 2011; and

1. Whereas the parties previously stipulated to, and the Court ordered, extensions of the deadline to complete mediation until January 15, 2012; and

2. Whereas, at that mediation an agreement in principal was achieved on the terms of settlement of this case, and since then the parties have diligently pursued settlement, with several draft settlement agreements having since been circulated among the parties; and

3. Whereas, the parties believe that a final settlement will be achieved soon;

The parties hereby respectfully request that any deadline to complete mediation be further extended until February 15, 2012 in order to allow time for a final agreement to be completed.

DATED: January 13, 2012   Respectfully submitted,

DAVID N. MAKOUS
JOSHUA S. HODAS
LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ Joshua S. Hodas
    Joshua S. Hodas
    Attorneys for VIZIO, INC., a Delaware Corporation

DATED: January 13, 2012   J. DAVID HADDEN
JEDEDIAH WAKEFILED
TYLER G. NEWBY
SEBASTIAN KAPLAN
FENWICK & WEST LLP

By:   /s/ Jedediah Wakefiekd (by permission)
Jedediah Wakefield
Attorneys for Plaintiffs VIA TECHNOLOGIES, INC. (Taiwan) and VIA TECHNOLOGIES, INC. (California)

[~~Proposed~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/17/12

_____
Honorable Phyllis J. Hamilton
United States District
Northern District

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

4835-6370-8686.1                 2                                CV11-0077 PJH
THIRD JOINT STIPULATION FURTHER EXTENDING DATE FOR COMPLETION OF MEDIATION

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

    Pursuant to General Order No. 45 of the Northern District of California, I, Joshua S. Hodas, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of January, 2012 at Los Angeles, California.

By:   /s/ Joshua S. Hodas
Joshua S. Hodas